UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EMILIA VINOKUR, : NO. 1:11-CV-00911
:
    Plaintiff, :
:
    vs. : **ORDER**
:
ROBERT WAGNER, et al., :
:
    Defendants. :

    This matter is before the Court on the Magistrate Judge's Report and Recommendation (doc. 7), to which there were no objections.

    Proper Notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections have been filed.

    Having reviewed this matter <u>de novo</u> pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct.  Accordingly, the Court hereby ADOPTS and AFFIRMS the Magistrate Judge's Report and Recommendation (doc. 7) in all respects, DISMISSES this matter with prejudice pursuant to 28 U.S.C. § 1915 (e)(2)(B), and DENIES Plaintiff's motion for emergency injunction (doc. 4).  The Court

further CERTIFIES that any appeal of the Order would not be taken in good faith, and therefore the Court DENIES Plaintiff leave to appeal in forma pauperis.  McGore v. Wrigglesworth, 114 F.3d 601 (6th Cir. 1997).

       SO ORDERED.

DATED: February 22, 2012 /s/ S. Arthur Spiegel
                             S. Arthur Spiegel
                             United States Senior District Judge